UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JESSICA FEENEY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WALGREENS HEALTH INITIATIVES, INC., and KELLY SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. CV-10-S-0844-NW |

ORDER

This case is before the court for approval of a confidential settlement and release agreement between plaintiff and defendant Kelly Services, Inc. ("Kelly Services") sent to this court for *in camera* review.[1] The court received, through chambers' email, the executed confidential settlement and release agreement on August 19, 2011.

The court hereby APPROVES the proposed settlement as a fair and reasonable settlement of a *bona fide* dispute over the provisions of the Fair Labor Standards Act

---

[1] *See* Doc. no. 69 (granting motion for in camera review of confidential settlement and release agreement).

of 1938, 29 U.S.C. § 201 *et. seq.* ("FLSA").

All claims against Kelly Services are hereby DISMISSED WITH PREJUDICE. Costs incurred between plaintiff and Kelly Services are taxed as paid.

Plaintiff's motion for collective action certification pursuant to 29 U.S.C. 216(b) is DENIED as to Kelly Services to the extent that it seeks to include any individual employed solely by Kelly Services or any other individual for such period of time that Kelly Services employed him or her, whether individually or jointly with any other employer.

Plaintiff may reinstate this action within 30 days if Kelly Services fails to provide the payments set forth in the settlement agreement.

DONE this 23rd day of August, 2011.

/s/ Lynwood Smith
United States District Judge